IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> THE INTERNAL REVENUE SERVICE, <br><br> Defendant. <br> _____/ | CASE NO. CV F 10-0456 LJO DLB <br><br> **ORDER TO DISMISS AND TO CLOSE ACTION** <br> (Doc. 6.) |

Based on plaintiff's notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court:

1. DISMISSES this action without prejudice;
2. VACATES all pending matters and dates, including the May 25, 2010 scheduling conference; and
3. DIRECTS the clerk to close this action.

    IT IS SO ORDERED.

**Dated:   April 7, 2010**               /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE

1